IN THE COURT OF COMMON PLEAS OF FAYETTE COUNTY, PENNSYLVANIA

| | |
|---|---|
| BELLE VERNON AREA SCHOOL DISTRICT, | CIVIL DIVISION |
| Plaintiff, | No. 2058 of 2021 |
| v. | |
| TREMCO INCORPORATED, | |
| Defendant. | COMPLAINT |

Filed on behalf of:
BELLE VERNON AREA SCHOOL DISTRICT
Plaintiff

Counsel of Record for This Party:

ANDREWS AND PRICE, LLC

Amy R. Schrempf
Pa.I.D. No. 87619

ANDREWS AND PRICE, LLC
1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA 15221

412-243-9700
412-243-9660 (FAX)

**JURY TRIAL DEMANDED!**

FILED
2023 APR 10 AM 10: 20
FAYETTE COUNTY PROTHONOTARY

**EXHIBIT A**

IN THE COURT OF COMMON PLEAS OF FAYETTE COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BELLE VERNON AREA SCHOOL DISTRICT, | ) ) ) | CIVIL DIVISION |
| Plaintiff, | ) ) | No.   2058 of 2021 |
| v. | ) ) ) | |
| TREMCO INCORPORATED, | ) ) | |
| Defendant. | ) | |

## NOTICE TO DEFEND

<u>YOU HAVE BEEN SUED IN COURT.</u> If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

LAWYER REFERRAL SERVICE
Westmoreland Bar Association
P.O. Box 565
Greensburg, PA 15601-2311
724-834-8490

FILED
2023 APR 10 AM 10:20
FAYETTE COUNTY
PROTHONOTARY

IN THE COURT OF COMMON PLEAS OF FAYETTE COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| BELLE VERNON AREA SCHOOL DISTRICT, | ) | CIVIL DIVISION |
| | ) | |
| Plaintiff, | ) | No.   2058 of 2021 |
| | ) | |
| v. | ) | |
| | ) | |
| TREMCO INCORPORATED, | ) | |
| | ) | |
| Defendant. | ) | |

## COMPLAINT IN CIVIL ACTION

AND NOW COMES, the Plaintiff, Belle Vernon Area School District, by and through its solicitor, Amy R. Schrempf and Andrews and Price, LLC, and files this Complaint in Civil Action based on the following:

1. Plaintiff is Belle Vernon Area School District, a legal entity, organized and existing pursuant to the Pennsylvania School Code, located at 270 Crest Drive, Belle Vernon, Westmoreland County, Pennsylvania 15012.

2. Defendant is TREMCO Incorporated, with a business address at 3735 Green Road, Beachwood, Ohio 44122.

3. Plaintiff owns a building located at 500 Perry Avenue, Fayette County, Pennsylvania, known as "Marion Elementary School."

5. Defendant provide a quote for certain work dated October 19, 2005, related to the construction and installation of the entrance bus canopy at Marion Elementary School. A copy of the quote is attached hereto as Exhibit "A".

6. This quotation included a specified scope of work for the sum of $75,000.00.

7. Plaintiff accepted that quote on the same date, at which time the quote was returned to Defendant by facsmilie. See Exhibit "A".

8. Under the scope of work in the proposal, Defendant was to design, install and properly secure a bus canopy at the entrance to the Marion Elementary School.

10. Included in the proposal is a "Tremco Performance Warranty."

11. Plaintiff does not have a physical copy of the "Tremco Performance Warranty."

12. Defendant created and provided the design of the bus canopy system that was installed at Marion Elementary School.

13. At some time after October 19, 2005, the bus canopy system was installed at Plaintiff's Marion Elementary School.

14. On or about September 19, 2019, the canopy system partially failed, causing roof damage to the main structure.

15. After that partial failure, Defendant was advised of that partial failure and issued Plaintiff a quote for a scope of work for replacement in the amount of $76,600. A copy of that quote is attached as Exhibit "B'.

16. On or about July 22, 2020, the canopy system completely failed. The canopy system collapsed and unattached from its moorings into the structure of the building.

17. Specifically, the canopy's right front column was completely sheared, the left front column was partially sheared, the decking and joists had separated from the back half of the canopy, and the edge support beams had pulled away from the columns.

18. The District believes and therefore avers that the canopy was not designed properly, was not installed properly, and was not anchored properly.

19. Defendant's accepted quote included the design, installation and anchoring of the canopy.

20. At all times relevant hereto, the design, installation and anchoring of the canopy was in the sole control of the Defendant.

21. The canopy system has failed, was improperly designed, constructed and/or installed, and will require full replacement.

## COUNT I:
## Breach of Contract

22. Plaintiff hereby incorporate Paragraphs 1 through 19 as though the same were set forth herein at length.

23. On October 19, 2005, Plaintiff entered into a contract with Defendant related to the construction and installation of the entrance bus canopy at Marion Elementary School.

24. Defendant prepared the scope of work for the bus canopy system.

25. Defendant also provided the design and concept of the bus canopy system that was installed.

26. The canopy system has failed in that it sheared from the building.

27. Plaintiff believes and therefore avers that the canopy was not designed, constructed and/or installed properly.

28. Defendant breached its agreement with Plaintiff, in general and in the following particulars:

   a. Failing to provide a canopy system that would function and not fail under ordinary, expected weather conditions; and/or

b.  Failing to properly design a canopy system that would adequately function at the Marion Elementary School location; and/or

c.  Failing to correct design flaws or design omissions that allowed for canopy collapse; and/or

d.  Failing to properly install the canopy in such a way to prevent failure and/or collapse; and/or

e.  Failing to correct design flaws that allowed for the movement of the canopy in ordinary, expected weather conditions; and/or

f.  Failing to properly anchor the canopy in a way that would not fail under ordinary weather conditions; and/or

g.  Failing to install hurricane straps on the rafters; and/or

h.  Failing to attach steel column anchors into the concrete footings; and/or

i.  Failing to design and install steel joists and decking.

29. As a result of the bus canopy system's failure, Marion Elementary School will require full canopy replacement.

30. As a result of the bus canopy system's failure, Plaintiff has sustained damages, including but not limited to, the costs to remove and remediate the canopy, costs to repair the main building structure and roof from the loss of the canopy, and the loss of use of the bus canopy.

WHEREFORE, Plaintiff claims of Defendant damages in an amount in excess of Arbitration Limits.

## COUNT II:
## Breach of Warranty

31. Plaintiff hereby incorporate Paragraphs 1 through 30 as though the same were set forth herein at length.

32. On October 19, 2005, Plaintiff entered into a contract with Defendant related to the construction and installation of the entrance bus canopy at Marion Elementary School.

33. Defendant has provided a warranty to Plaintiff, listed as the "Tremco Performance Warranty."

34. Plaintiff believes and therefore avers that this warranty is a twenty (20) year warranty, and as such, should have warranted the canopy through 2025.

35. Defendant breached this express warranty in that on July 22, 2020, the canopy system completely failed when the canopy system collapsed and unattached from its moorings into the structure of the building. Specifically, the canopy's right front column was completely sheared, the left front column was partially sheared, the decking and joists had separated from the back half of the canopy, and the edge support beams had pulled away from the columns. This was following a partial failure causing structural damage in 2019.

36. Plaintiff notified Defendant of the failure of the canopy through multiple verbal and written discussions, including by email on August 11, 2020, which contained written notice of construction deficiencies and code violations. A copy of that email is attached as Exhibit "C".

37. Defendant has breached its warranty in that it has failed to provide a structure free from failure for a period of twenty (20) years.

38. Defendant has breached its warranty in that it has failed to repair or replace the failed canopy system.

39. As a direct and proximate result of the Defendant's breach of warranty, in failing to replace the canopy system, the Plaintiffs' Marion Elementary facility has been deprived the use of a bus canopy for student arrivals and departures.

40. As a direct and proximate result of the Defendant's breach of warranty, the canopy system will now require full replacement.

41. As a direct and proximate result of the Defendant's breach of warranty, in failing to repair or replace the canopy, the Plaintiff's Marion Elementary building has had damage to the roof, damage to the building's structural integrity, and damage to the building's façade.

WHEREFORE, Plaintiffs claims of Defendant damages in an amount in excess of Arbitration Limits.

Respectfully submitted,

Amy R. Schrempf
Pa. I.D. No. 87619

ANDREWS AND PRICE
1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA 15221



Quote # 83009038

## Belle Vernon Area School District
Project Description: Canopy construction at Marion Elementary School

**Proposal Date:   October 19, 2005**
Proposal valid for 90 days

| ITEM | DESCRIPTION | LOT/SQ.FT | UNIT COST | EXTENSION AMOUNT |
|---|---|---|---|---|
| Item 1 | Roofing Materials and Services | 2,500 | $ 29.557 | $ 73,891.63 |
| | | | 1.5% PA AEPA FEE | $ 1,108.37 |
| | | | TOTAL | $ 75,000.00 |

**SPECIAL TERMS AND CONDITIONS / STATEMENT OF WORK:**

**1.0 Special Terms and Conditions:**

A. Tremco Performance Warranty is priced per October 19, 2005.

**2.0 Statement of Work**

Item 1 — Concrete is to be cut and post hole to be dug to a depth of 32" minimum below grade. All concrete is to be saw cut so as to create a neat patch after holes are dug. Treated 6" x 6" x 12' #1 grade lumber will bet set in the hole with 4000 PSI concrete. The 6" x 6" posts will be used to support the canopy. All posts will be plumb and square with the existing building and each other.

The canopy framing is to be constructed with 2" x 10" construction grade hem fir or southern pine. Plywood sheeting for the roof deck will be a minimum of 23/32" nailed to the joists. The joists will be set with 16" centers. Nail pattern will be every 8" OC on the joists.

All metal parts, bridging and joist hangers will be from Simpson Strong Tie Company. Joists to be nailed through inner 2" x 10" band and then second band to be added with alternating splice joints.

The bridging is to be set equal distance off of centerline creating two rows through the entire structure.

The face and bottom of the double band to be wrapped with .040 metal, dark bronze in color. The 6" x 6" post will be wrapped in .032 metal, dark bronze in color. The double 2" x 4" curb to be capped with .040 metal, dark bronze in color.

22 Sentinall industrial grade light fixtures will be installed under the plywood decking, mechanically attached to the joists. The lighting will be tied into the existing electrical junction box on the existing overhang. The lighting will be attached to a dusk to dawn sensor. The light fixtures will match the existing on the overhang.

Copyright © Tremco 2004-2005 All Rights Reserved - Patent Pending
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

EXHIBIT A

Quote # 83009038

Mechanically attach ¼" Dens Deck to the plywood deck. Install a fully adhered EPDM Roof system to the Dens Deck. The perimeter edge will be flat metal edge, .040 dark bronze.

Metal soffit panels will be installed on the underside of the decking with vented panels around the perimeter edge. The color to be chosen by the school district. All edges will be trimmed and all exposed wood will be covered and all terminations will be trimmed and neat.

2 External scuppers will be installed on the long wall of each extended canopy section. The scuppers will be metal clad wrapped with the metal fascia and the downspout will be connected to the support post and run to the grass area approved by the School District The scuppers will be stripped in with the fully adhered EPDM roof. And will be trimmed with a flat gravel stop to match the new flat metal edge.

10/19/05

OK To proceed.

*R. Nagy* (signature)

Copyright © Tremco 2004-2005 All Rights Reserved - Patent Pending
Use or disclosure of data contained on this sheet is subject to the restriction on the title page of this proposal.

**Tremco Incorporated**
305 Oaks Point Road   Blairsville, Pa. 15717   412 418 8790



Jason Zadrozny
Director of Buildings & Grounds
Belle Vernon Area School District
270 Crest Avenue
Belle Vernon, Pa. 15012

October 14, 2019

RE: Belle Vernon Area School District, Belle Vernon Middle School Bus canopy roof replacement.

Dear Mr. Zadrozny,

Belle Vernon Middle School Bus Canopy Roof Replacement Scope of work:

Remove existing roofing and insulation system to the structural metal deck. Including all existing perimeter edge metal and counterflashing.
Install 1.5" minimum thickness, 1/8" per foot tapered isocyanurate board insulation.
Tapered to the existing internal drains. With ¼" crickets between the internal drains.
Install new cast iron roof drain clamping rings and strainers on the existing cast iron roof drains.
Mechanically attach to the structural metal deck with approved HD mechanical fasteners.
Install fully adhered TPO, white single ply, Heat welded roofing system.
Install new wood blocking at the entire perimeter of the canopy to block out the existing staggered perimeter edge.
Install new .50 thick aluminum perimeter metal and 24-gauge galvanized metal counterflashing.

NIPA Quote: $76,600

The quotes include a 20-year Tremco QA plus warranty with periodic scheduled maintenance, full time Tremco technical inspection and project monitoring during the installation of the roof; detailed daily reports including photos that will be delivered to the School District along with a close out book when the project is completed. A certified and approved Tremco roofing contractor will install the roofing system.

If you have any questions, please feel free to call me at 412 418 8790.

Again, thank you for the opportunity to present the Tremco solution to Belle Vernon Area School District.

Sincerely,

Bruce Mancini
Field Advisor
Tremco Inc.


An RPM Company


EXHIBIT B

## Amy Schrempf

**From:** Ken Williams <ken.williams@bvasd.net>
**Sent:** Thursday, February 23, 2023 12:31 PM
**To:** Amy Schrempf
**Subject:** Fwd: Fwd : RE: URGENT: Canopy at Marion Elementary School - Belle Vernon Area School District

*Dr. Kenneth A. Williams*
Superintendent of Schools
Belle Vernon Area School District
270 Crest Avenue
Belle Vernon, PA 15012
(724)808-2500 extension 1102

*"Excuses make today easy and tomorrow difficult. Discipline makes today difficult and tomorrow easy." - Unknown*

**Hail Mighty Leopards!**

---------- Forwarded message ---------
From: **Barracuda Cloud Archiving Service** <mas@barracuda.com>
Date: Thu, Feb 23, 2023 at 7:44 AM
Subject: Fwd : RE: URGENT: Canopy at Marion Elementary School - Belle Vernon Area School District
To: <ken.williams@bvasd.net>

**From:** J Grata <jgrata1@verizon.net>
**Sent:** Tue, 11 Aug 2020 20:30:29 -0400
**To:** Joel Whiteko <jwhiteko@comcast.net>, Jason Zadrozny <Jason.Zadrozny@bvasd.net>, Ira Weiss <iweiss@wbklegal.com>
**Subject:** RE: URGENT: Canopy at Marion Elementary School - Belle Vernon Area School District

Sent from Mail for Windows 10

**From:** Joel Whiteko
**Sent:** Tuesday, August 11, 2020 6:32 PM

1


EXHIBIT C

**To:** Jason Zadrozny
**Cc:** Michele Dowell; jgrata1@verizon.net
**Subject:** Re: URGENT: Canopy at Marion Elementary School - Belle Vernon Area School District

Sent from my iPhone

> On Aug 11, 2020, at 6:06 PM, Jason Zadrozny <Jason.Zadrozny@bvasd.net> wrote:
>
> To all please see letter below sent to Tremco thx jason
>
> Sent from my iPhone
>
> Begin forwarded message:
>
>> **From:** Jessica Quinn-Horgan <jqhorgan@jqh-law.com>
>> **Date:** August 11, 2020 at 6:00:08 PM EDT
>> **To:** "BMancini@tremcoinc.com" <BMancini@tremcoinc.com>
>> **Cc:** Jason Zadrozny <Jason.Zadrozny@bvasd.net>, Ira Weiss <iweiss@wbklegal.com>, Aimee Zundel <azundel@wbklegal.com>, Jamie Deisroth <jdeisroth@jqh-law.com>
>> **Subject:** URGENT: Canopy at Marion Elementary School - Belle Vernon Area School District
>>
>> Mr. Mancini:
>>
>> I serve as special legal counsel to Belle Vernon Area School District and am contacting you on its behalf. As you have been advised by Jason Zadrozny, the District's Director of Buildings and Grounds, a part of the canopy Tremco constructed at Marion Elementary recently collapsed. Luckily no faculty members or students were injured. In its investigation of the cause of the collapse, the District has learned that there were serious construction deficiencies and code violations made by Tremco in the construction of the canopy. Accordingly, the entire canopy needs to be taken down immediately and replaced with a structure that complies with building regulations. The

2

removal of the structure needs to occur within the next two weeks to allow for the safe return of the student body into the school at the end of August. Mr. Zadrozny had previously requested a response on behalf of Tremco, as well as a copy of the Project drawings; both requests have gone unanswered to date.

I am therefore making a final request that Tremco respond to the issues with the construction, supply drawings for the canopy and send representatives to the site to examine the canopy prior to its removal. Please also allow this correspondence to serve as notice that the District intends to seek reimbursement for all costs incurred as a result for the construction deficiencies referenced herein.

Time is of the essence. If my office does not receive a response from Tremco to make arrangements to inspect the site by Friday, August 14, 2020 and discuss a mutually agreeable plan to rectify this situation, the current structure will be removed and litigation to recover all costs will be initiated by the District.

I hope to hear from you or an appropriate representative of Tremco in short order.

Best regards

Jessia Quinn-Horgan

Manor Oak Two
1910 Cochran Road
Suite 460
Pittsburgh, PA 15220
phone 412-325-1410
fax 412-235-6723
jqhorgan@jqh-law.com
www.jqh-law.com

---

The information contained in this electronic communication is to be considered confidential and intended only for the use of the recipient named above. The information is or may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this

## VERIFICATION

I verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information and belief. I understand that false statements herein are made subject to the penalties of 18 Pa. C.S. Section 4904 relating to unsworn falsifications to authorities.

Signed: _____
As President of the Belle Vernon Area Board of School Directors

Date: March 21st, 2023

## CERTIFICATE OF SERVICE

I, Amy R. Schrempf, the undersigned, hereby certifies that the foregoing COMPLAINT was served on those listed below, via first class U.S. Mail, postage prepaid this 4th day of April, 2023.

>TREMCO INC
>3735 Green Road
>Beachwood, OH 44122

Respectfully submitted,

By: _____
Amy R. Schrempf

2023 APR 10 AM 10: 21
FAYETTE COUNTY
PROTHONOTARY
FILED

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the PUBLC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA: CASE RECORDS OF THE APPELLATE AND TRIAL COURTS that require filing confidential information and documents differently than non-confidential information and documents.

Submitted by:

*/s/ Amy R. Schrempf*

Amy R. Schrempf
Pa. I.D. No. 87619

ANDREWS AND PRICE
1500 Ardmore Boulevard
Suite 506
Pittsburgh, PA 15221